**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 24-6049**

────────────

RONNIE DALE WHITENER,

       Plaintiff - Appellant,

    v.

JOHN PATTERSON, RCDC Sergeant, in his individual and official capacity; JOHN COOLEY, RCDC Officer, in his individual and official capacity; JOSHUA GOODWIN, RCDC Officer, in his individual and official capacity,

       Defendants - Appellees,

    and

THE RUTHERFORD COUNTY DETENTION CENTER, RCDC; CHRIS FRANCIS, Rutherford County Sheriff, in his individual and official capacity; JOHN DOE, RCDC Administrator, in his individual and official capacity; JOHN DOE 2, RCDC Captain, in his individual and official capacity; RCDC'S HEALTHCARE PROVIDER, Name unknown, HCP; JANE DOE 1, RCD's HCP's Medical Administrator, in her individual and official capacity; JANE DOE 2, RCDC's HCP's Medical Director, in her individual and official capacity; JANE DOE 3, RCDC's HCP's Medical Physician, in her individual and official capacity; JANE DOE 4, RCDC's HCP's Nurse Practitioner, in her individual and official capacity,

       Defendants.

────────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:21-cv-00048-MR)

────────────

Submitted:  April 24, 2025                Decided:  June 17, 2025

Before WILKINSON and KING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ronnie Dale Whitener, Appellant Pro Se.  Christian Ferlan, HALL BOOTH SMITH, PC, Charlotte, North Carolina; Sean Francis Perrin, WOMBLE BOND DICKINSON (US) LLP, Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Dale Whitener appeals the district court's orders denying relief on his 42 U.S.C. § 1983 complaint and denying reconsideration. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's orders. *See Whitener v. Patterson*, No. 1:21-cv-00048-MR (W.D.N.C. Dec. 6, 2023; Sept. 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We limit our review to issues raised in the informal brief. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014).

3